STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

FILED
OCT 15 2021
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> ROBERT GARY HANSEN, <br> Defendant. | CASE NO. CR 21 00400 BLF <br> VIOLATION: 26 U.S.C. § 7201 – Tax Evasion <br> San Jose Venue <br> Under Seal |

## INFORMATION

The United States Attorney charges:

COUNT ONE: (26 U.S.C. § 7201 – Tax Evasion)

On or about October 31, 2017 in the Northern District of California, and elsewhere, the defendant,

ROBERT GARY HANSEN,

a resident of San Clemente, California, California, did willfully and knowingly attempt to evade and defeat a substantial part of the income tax due and owing by him and his spouse to the United States of America for the calendar year 2016, by preparing and causing to be prepared, signing and causing to be signed, and filing and causing to be filed with the Internal Revenue Service a false and fraudulent United States Joint Income Tax Return, Form 1040, in the name of the defendant and his spouse, for tax year 2016, which was submitted to the Internal Revenue Service. On that tax return, defendant reported and

INFORMATION                    1

caused to be reported that his and his spouse's joint taxable income for the calendar year 2016 was $124,174, and claimed a tax refund of $16,899. In fact, as defendant knew and believed, defendant and his spouse had joint taxable income for 2016 that was greater than the amount reported on the tax return, and as a result of such additional taxable income, there was substantial additional tax due and owing to the United States of America.

All in violation of Title 26, United States Code, Section 7201.

DATED: _10/15/2021_____

STEPHANIE M. HINDS
Acting United States Attorney

_____//s//_____
MICHAEL G. PITMAN
Assistant United States Attorney

INFORMATION                                2

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location:
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

FILED
OCT 15 2021
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE
SVK

**OFFENSE CHARGED**

COUNT ONE: (26 U.S.C. § 7201 – Tax Evasion)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
Maximum prison term 5 years
Maximum fine $250,000
Maximum supervised release term 3 years
Mandatory special assessment $100 per felony count

**DEFENDANT - U.S.**
▶ ROBERT GARY HANSEN

DISTRICT COURT NUMBER
CR 21 C0400 BLF

**DEFENDANT**

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____ Month/Day/Year

DATE OF ARREST ▶ _____ Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ _____ Month/Day/Year

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
Special Agent Lisa Sasso- Internal Revenue Service (IRS)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of: ☐ U.S. ATTORNEY ☐ DEFENSE  } SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant  } MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form  STEPHANIE M. HINDS
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)  Michael Pitman

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT
If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

Bail Amount: _____

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____  Before Judge: _____

Comments: