1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  MICHAEL G. PITMAN (DCBN 484164)
   Assistant United States Attorney
5  60 South Market Street, Suite 1200
   San Jose, CA 95113
6  Telephone:    (408) 535-5040
   Facsimile:    (408) 535-5081
7  Email: michael.pitman@usdoj.gov

8  Attorneys for United States of America

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                         SAN JOSE DIVISION

12 | UNITED STATES OF AMERICA,        | Case No.: 5:21-cr-00400-BLF
13 |     Plaintiff,                   | STIPULATION AND [PROPOSED] ORDER
                                      | CONTINUING HEARING
14 |     v.                           |
15 | ROBERT GARY HANSEN,              |
16 |     Defendant.                   |

17

18     Counsel for the United States and counsel for Defendant Robert Gary Hansen, having conferred
19 with United States Probation, hereby stipulate that the hearing currently scheduled in this matter for
20 December 8, 2025, at 1:00 p.m. be continued until December 15, 2025, at 1:00 p.m., in order to allow
21 the parties to continue to prepare.
22     The undersigned Assistant United States Attorney certifies that he has obtained approval from
23 counsel for the Defendant to file this stipulation and proposed order.

24

25

26

27

28

IT IS SO STIPULATED.

CRAIG H. MISSAKIAN
United States Attorney

/s/
MICHAEL G. PITMAN
Assistant United States Attorney

Counsel for the United States

/s/
DIANE C. BASS

Counsel for Defendant Robert Gary Hansen

[~~PROPOSED~~] ORDER

Pursuant to the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that the hearing currently set in this matter on December 8, 2025, at 1:00 p.m. is continued until December 15, 2025, at 1:00 p.m., in San Jose, Courtroom 2, 5th Floor before the undersigned.

DATED: December 3, 2025

THE HON. VIRGINIA K. DEMARCHI
UNITED STATES ~~DISTRICT JUDGE~~
MAGISTRATE JUDGE