1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  MICHAEL G. PITMAN (DCBN 484164)
   Assistant United States Attorney
5  60 South Market Street, Suite 1200
   San Jose, CA 95113
6  Telephone:    (408) 535-5040
   Facsimile:    (408) 535-5081
7  Email: michael.pitman@usdoj.gov

8  Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | Case No.: 5:21-cr-00400-BLF |
|---|---|
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING HEARING |
| v. | |
| ROBERT GARY HANSEN, | |
| Defendant. | |

Counsel for the United States and counsel for Defendant Robert Gary Hansen, having conferred with United States Probation, hereby stipulate that the hearing currently scheduled in this matter for December 15, 2025, at 1:00 p.m. be continued until January 16, 2026, at 1:00 p.m., in order to allow the parties to continue to prepare.

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the Defendant to file this stipulation and proposed order.

1    IT IS SO STIPULATED.

         CRAIG H. MISSAKIAN
         United States Attorney

         /s/
         MICHAEL G. PITMAN
         Assistant United States Attorney

         Counsel for the United States


         /s/
         DIANE C. BASS

         Counsel for Defendant Robert Gary Hansen


[~~PROPOSED~~] ORDER

Pursuant to the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that the hearing currently set in this matter on December 15, 2025, at 1:00 p.m. is continued until January 16, 2026, at 1:00 p.m., in San Jose, Courtroom 5, 4th Floor, before the Honorable Nathanael M. Cousins.

DATED: December 12, 2025

         THE HON. VIRGINIA K. DEMARCHI
         UNITED STATES MAGISTRATE JUDGE