1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  MICHAEL G. PITMAN (DCBN 484164)
   Assistant United States Attorney
5  60 South Market Street, Suite 1200
   San Jose, CA 95113
6  Telephone:    (408) 535-5040
   Facsimile:    (408) 535-5081
7  Email: michael.pitman@usdoj.gov

8  Attorneys for United States of America

9                           UNITED STATES DISTRICT COURT

10                          NORTHERN DISTRICT OF CALIFORNIA

11                                  SAN JOSE DIVISION

| | |
|---|---|
| 12  UNITED STATES OF AMERICA, | Case No.: 5:21-cr-00400-BLF |
| 13       Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING |
| 14       v. | |
| 15  ROBERT GARY HANSEN, | |
| 16       Defendant. | |

17

18       Counsel for the United States and counsel for Defendant Robert Gary Hansen, having conferred

19  with United States Probation, hereby stipulate that the hearing currently scheduled in this matter for

20  January 16, 2026, at 1:00 p.m. be continued until February 3, 2026, at 1:00 p.m., in order to allow the

21  parties to continue to prepare.

22       The undersigned Assistant United States Attorney certifies that he has obtained approval from

23  counsel for the Defendant to file this stipulation and proposed order.

24

25

26

27

28

IT IS SO STIPULATED.

CRAIG H. MISSAKIAN
United States Attorney

_/s/_
MICHAEL G. PITMAN
Assistant United States Attorney

Counsel for the United States


_/s/_
DIANE C. BASS

Counsel for Defendant Robert Gary Hansen


[~~PROPOSED~~] ORDER

Pursuant to the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that the hearing currently set in this matter on January 16, 2026, at 1:00 p.m. is continued until February 3, 2026, at 1:00 p.m., in San Jose, Courtroom 6, 4th Floor, before the Honorable Susan van Keulen.

DATED: January 14, 2026

THE HON. VIRGINIA K. DE MARCHI
UNITED STATES MAGISTRATE JUDGE